UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-06037-JAV-RWL**

| | |
|---|---|
| **Joshua Adams**,<br>        Plaintiff,<br>vs.<br><br>**435 East 9th Street Realty LLC**, and<br>**Mugsys Restaurant Group LLC** | **AFFIRMATION OF<br>MARIA-COSTANZA BARDUCCI<br>IN SUPPORT OF ENTRY OF<br>CLERK'S<br>CERTIFICATE OF DEFAULT OF<br>DEFENDANT, 435 East 9th Street<br>Realty LLC** |

I, Maria-Costanza Barducci, Esq., as Counsel for Plaintiff in the above-styled action, hereby affirm under penalty of perjury as follows:

1)    Barducci Law Firm, PLLC represents Plaintiff, **JOSHUA ADAMS** ("Plaintiff"), in the above captioned matter.

2)    The within action was commenced for injunctive relief, pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 12181 *et. seq.* (ADA) and 28 CFR Part 36 (ADAAG).

3)    Plaintiff is a resident of the State of New York. Plaintiff was born with spina bifida and Hydrocephalus, and as a result is bound to ambulate in a wheelchair

4)    The within action was commenced on **July 23, 2025**.

5)    The Summons and Complaint [DE#1] were served on the Defendant, **435 East 9th Street Realty LLC** ("Defendant"), by service upon the Secretary of State on **August 1, 2025**. Defendant's time to answer or otherwise respond to the complaint expired on **August 22, 2025**. To date, no Answer has been interposed on behalf of the Defendant. The Defendant is a

corporate entity, and is not an individual in the military service, nor is the Defendant an infant or incompetent.

6)    Defendant, **435 East 9th Street Realty LLC**, has not interposed an answer. It is apparent that the Defendant has no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter a Notice of Default with respect to Defendant, **435 East 9th Street Realty LLC**. in the within matter.

Dated: November 3, 2025

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 3, 2025, I electronically filed the foregoing document with all other supporting documents and proposed Certificates that were filed on the docket, with the Clerk of the Court using CM/ECF filing system upon all parties of record, as well as, via mail upon Defendants at the following addresses:

**435 East 9th Street Realty LLC**
   28 LIBERTY ST.                                          Via USPS Priority Mail
   NEW YORK, NY, 10005

**Mugsys Restaurant Group LLC**

435 E 9th Street,                                                Via USPS Priorirty Mail
New York, NY 10009


By:    s/Maria-Costanza Barducci
       Maria-Costanza Barducci, Esq.
       *Attorney for Plaintiff*