UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-06037-JAV-RWL**

| | |
|---|---|
| **Joshua Adams**, <br>       Plaintiff, <br> vs. <br><br> **435 East 9th Street Realty LLC** and <br> **Mugsys Restaurant Group LLC**, <br>       Defendants. | **CLERK'S** <br> **CERTIFICATE OF DEFAULT** |

      I, **Tammi M. Hellwig**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 23, 2025 with the filing of the Complaint [DE#1].  The Summons and Complaint were served on Defendant **435 East 9th Street Realty LLC**, by serving personally Kayla Moore at the Secretary of State on August 1, 2025.  Defendant, **435 East 9th Street Realty LLC** 's, time to answer or otherwise respond to the Complaint [DE#1] expired on August.22, 2025  The proof of service was filed November 3, 2025 [DE#10].

      I further certify that the docket entries indicate that the Defendant, **435 East 9th Street Realty LLC** has not filed an answer, or otherwise moved with respect to the complaint herein. The Default of the Defendant, **435 East 9th Street Realty LLC**, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:       New York, New York
              November 4, 2025

**Tammi M. Hellwig**
Clerk of Court

By: _____
DEPUTY CLERK