UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-06037-JAV-RWL**

| | |
|---|---|
| **Joshua Adams**<br>　　　Plaintiff,<br>vs.<br><br>**435 East 9th Street Realty LLC.** and<br>**Mugsys Restaurant Group LLC**,<br>　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant **435 East 9th Street Realty LLC**, and **Mugsys Restaurant Group LLC**.

Dated: November 11, 2025.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
　*Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com